RECEIVED
IN LAKE CHARLES, LA

JUN 8, 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LAKE CHARLES CANE LACASSINE MILL, LLC | : | DOCKET NO. 07-CV-667 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| SMAR INTERNATIONAL CORP., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED that the Motion to Dismiss for Insufficient Service of Process [doc. 9] filed by SMAR Equipamentos Industriais Ltda. ("Equipamentos") is DENIED.

IT IS FURTHER ORDERED that the prior attempted service on Equipamentos pursuant to the Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, will be QUASHED.

IT IS FURTHER ORDERED that Lake Charles Cane Lacassine Mill, LLC shall be given an additional 30 calendar days from the docketing of this judgment to effect service upon Equipamentos by letters rogatory in compliance with the Inter-American Convention on Letters Rogatory.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8 day of June, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT